United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>RAMCON COMPANY, INC.,<br><br>Defendant. | Case No.: C 05-0438 PVT<br><br>**INTERIM ORDER RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

On May 25, 2005, Plaintiff filed a revised motion for default judgment against Defendant Ramcom Company, Inc. ("Ramcom").[1] Having reviewed the motion papers, the court finds it appropriate to issue this interim order seeking additional briefing. Therefore,

IT IS HEREBY ORDERED that no later than August 1, 2005, Plaintiff shall file: 1) a supplemental declaration attaching either a signed copy of the 1998 Master Labor Agreement[2] or other proof that that Master Labor Agreement was actually entered into by the parties;[3] and 2) a

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] As used herein, "1998 Master Labor Agreement" refers to the agreement attached as Exhibit 1 to the Second Declaration of Joan Gibbons in Support of Motion for Default Judgment.

[3] The "Memorandum of Understanding" attached as Exhibit 2 to the Gibbons Declaration, which *is* signed, refers generically to a "Master Labor Agreement" and specifically to a master agreement that was in effect immediately prior to July 1, 1986. It does not indicate that the 1998 version was ever executed, nor mention any 1998 version of the master agreement at all.

ORDER, *page 1*

supplemental brief addressing the issue of why the operative agreement should be interpreted so as to entitle Plaintiff to liquidated damages of 20% of all post filing delinquent monthly payments, as opposed to the usual liquidated damages of $250. While the court agrees that the liquidated damages should be 20% for amounts that were overdue on the day this action was filed, it does not appear from the language of the agreement that the increased rate of liquidated damages applies to later delinquencies.

       IT IS FURTHER ORDERED that the hearing on this motion is continued to 10:00 a.m. on August 8, 2006.

Dated: *7/17/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*