United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trustees of the U.A. Local 393 Pension Fund, | NO. C 05-00438 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Ramcon Company, | |
| Defendant. | |

This case was scheduled for a Case Management Conference on April 16, 2007. In light of the reassignment of this case, it is necessary for Plaintiff to re-file and re-notice its Motion for Default Judgment. Review of Plaintiff's Case Management Statement indicates there are no further matters to be discussed at this time. Accordingly, the Case Management Conference is VACATED.

Dated: April 11, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark S. Renner mrenner@wmprlaw.com
Nicole Emi Nakagawa nnakagawa@wmjpr.com

**Dated:  April 11, 2007**                                  **Richard W. Wieking, Clerk**

                                                             **By: /s/JW Chambers                    **
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**