United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trustees of the U.A. Local 393 Pension Fund,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Ramcon Company,<br><br>　　　　　　　Defendant.<br>_____/ | NO. C 05-00438 JW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE TRUMBULL RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

On January 31, 2005, Trustees of the U.A. Local 393 Pension Fund ("Plaintiff") filed a complaint under Sections 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132 and 1145, and Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185, alleging that Ramcon Company ("Defendant") violated a collective bargaining agreement by failing to make regular, timely contributions to the Plaintiff. (See Complaint, Docket Item No. 1.) On October 13, 2005, Plaintiff filed a First Amended Complaint for Monies Due and Injunctive Relief. (See Amended Complaint, Docket Item No. 22.) The Complaint sought payment of delinquent contributions, liquidated damages, interest, costs, and attorney's fees.

On December 6, 2005, Defendant was served with the Complaint. Defendant failed to answer the Complaint or otherwise defend the action. On February 13, 2006, Clerk of Court entered Defendant's default under Rule 55(a). (See Docket Item No. 6.) By its default, Defendant is deemed to have admitted the well-pleaded facts of the Complaint except those as to the amount of damages. See Fed. R. Civ. P. 8(d).

1    This case was originally assigned to Magistrate Judge Patricia Trumbull. On February 26,
2 2007, Judge Trumbull issued her Report and Recommendation Re: Plaintiffs' Motion for Default
3 Judgment. (hereafter, "Report," Docket Item No. 51.) Judge Trumbull recommended that judgment
4 be entered in Plaintiffs' favor for $15,685.18 in liquidated damages, $8,529.00 in attorney's fees and
5 $261 in costs, for a total of $24,475.18. The matter was reassigned to this Court for adjudication.
6 (See Docket Item No. 52.)

7    Any party may serve and file specific written objections to a magistrate judge's report and
8 recommendation within ten (10) working days after being served with a copy. See 28 U.S.C. § 636
9 (b)(1)(C); Fed. R. Civ. P. 72(b); Civil L.R. 72-3. Failure to file objections within the specified time
10 may waive the right to appeal the court's order.

11    Judge Trumbull's Report was filed on February 26, 2007. To date, no objections have been
12 filed. Accordingly, the Court adopts Judge Trumbull's Report and Recommendation. The Court
13 GRANTS Plaintiff's Motion for Default Judgment. Judgment will be entered in the amount of
14 $24,475.18, which represents $15,685.18 in liquidated damages, $8,529.00 in attorney's fees and
15 $261 in costs.

17 Dated: May 1, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark S. Renner mrenner@wmprlaw.com
Nicole Emi Nakagawa nnakagawa@wmjpr.com

**Dated: May 1, 2007**                                              **Richard W. Wieking, Clerk**

                                                 **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California